No. 118. FEDERAL TRADE COMMISSION *v.* BROWN SHOE CO., INC. C. A. 8th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Donald L. Hardison, James McI. Henderson, Thomas F. Howder* and *Gerald J. Thain* for petitioner. *Robert H. McRoberts* for respondent. ■

No. 147. GEORGIA *v.* RACHEL ET AL. C. A. 5th Cir. Certiorari granted. *Eugene Cook,* Attorney General of Georgia, *Albert Sidney Johnson,* Deputy Assistant Attorney General, *Lewis R. Slaton, Jr.,* Solicitor General, and *J. Robert Sparks,* Assistant Solicitor General, for petitioner.

No. 280. ACCARDI ET AL. *v.* PENNSYLVANIA RAILROAD CO. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Douglas, Ralph S. Spritzer, Alan S. Rosenthal* and *Richard S. Salzman* for petitioners. *Edward F. Butler* and *R. L. Duff* for respondent.

No. 387. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), AFL–CIO *v.* HOOSIER CARDINAL CORP. C. A. 7th Cir. Certiorari granted. *Joseph L. Rauh, Jr., John Silard, Stephen I. Schlossberg* and *Harriett R. Taylor* for petitioner. *John E. Early* for respondent.

No. 351. COMMISSIONER OF INTERNAL REVENUE *v.* TELLIER ET UX. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Acting Assistant Attorney General Jones, Harry Baum* and *Robert A. Bernstein* for petitioner. *Michael Kaminsky* for respondents. ■